


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JOSE PIERRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GEO GROUP, INC., d/b/a | ) |
| Big Spring Correctional Center, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 1:14-CV-162-C |

## **ORDER**

Before the Court is the civil complaint of inmate plaintiff Jose Pierre, along with the April 8, 2015 report and recommendation of the United States Magistrate Judge. The magistrate judge gave the parties until fourteen days after service of a copy of the report and recommendation to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, all Plaintiff's claims should be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b) and 1915(e)(2)(B)(i).

It is therefore ORDERED that the report and recommendation of the magistrate judge is ADOPTED.

It is further ORDERED that all Plaintiff's claims are dismissed as frivolous pursuant to 28 U.S.C. §§ 1915A(b) and 1915(e)(2)(B)(i).

Judgment shall be entered accordingly.

Dismissal of this action does not release Plaintiff or the institution where he is incarcerated from the obligation to pay any filing fee previously imposed. *See Williams v. Roberts*, 116 F.3d 1126, 1128 (5th Cir. 1997).

Plaintiff is advised that if he appeals this Order, he will be required to pay the total appeal fees of $505.00 pursuant to the PLRA, and he must submit an application to proceed *in forma pauperis* and a 6-month Certificate of Inmate Trust Account at the same time he files his notice of appeal.

SO ORDERED.

Signed March 1, 2016.

SAM R. CUMMINGS
Senior United States District Judge

2